**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

CIVIL MINUTES--GENERAL

Case No.  **CV 21-7722-JLS (JPR)**                              Date: **January 7, 2022**
Title:  <u>**Gamal Soloman v. Alex Villanueva et al.**</u>
==================================================================

**DOCKET ENTRY: Order to Show Cause re Service**
==================================================================

PRESENT:

HON. <u>**JEAN P. ROSENBLUTH**</u>, **U.S. MAGISTRATE JUDGE**

<u>Bea Martinez</u>                                           <u>    n/a    </u>
Deputy Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANTS:
         None present                                              None present

**PROCEEDINGS: (IN CHAMBERS)**

On September 28, 2021, Plaintiff filed a Complaint suing various Defendants under 42 U.S.C. § 1983; he paid the filing fee.  On December 9, 2021, the Court reminded him of his obligation under Federal Rule of Civil Procedure 4(m) to serve the Complaint on the named Defendants within 90 days of the Complaint's filing or risk having it dismissed.  It also required him to file a proof of service for each named Defendant no later than seven days after the 90-day period had expired.  The Court warned him that failure to effect proper service within the time prescribed "may result in dismissal of the action without prejudice as to any unserved defendant(s) unless [he] can show good cause for extending the time of service."

The period for service ended on December 27, 2021, and for filing proofs of service on January 3, 2022.  No proofs of service have been filed, nor has Plaintiff requested an extension of time.

No later than 14 days from the date of this order, Plaintiff must show good cause in writing for why he has apparently failed to serve Defendants with his Complaint and file proofs of service.  If he does not timely and satisfactorily respond to this order, his lawsuit will likely be dismissed for failure to serve and failure to obey court orders.

MINUTES FORM 11                                              Initials of Deputy Clerk:bm
CIVIL-GEN