JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMAL SOLOMAN, | Case No. 2:21-cv-07722-JLS-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ALEX VILLANUEVA, et al., | |
| Defendant(s). | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the entire First Amended Complaint is dismissed without prejudice but without leave to amend.

DATED: October 25, 2022

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE